# EXHIBIT A

PO BOX 136
Dodge City, KS 67801

**ARSI** ACCOUNT RECOVERY SPECIALISTS, INC.

IF PAYING BY VISA, MASTERCARD, DISCOVER OR AMERICAN EXPRESS, FILL OUT BELOW

October 02, 2017

Seretse Khama Young

ARSI Account #: ____5868
Amount Due: $234.00 + Interest to date $12.11

Account Recovery Specialists, Inc.
PO Box 136
Dodge City, KS 67801-0136

Detach here and return with payment for prompt processing

Re:  ARSI Account #: ____5868
Amount Due: $234.00 + Interest to date $12.11
Creditor: Geary Community Hospital
Creditor Account #: ____0001

Dear Seretse Khama Young:

The above account has been referred to our agency for collection. Upon receipt of this letter you should contact us to discuss your account.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

If you wish to pay at this time but payment in full is not possible, we have been authorized to allow a reasonable payment plan.

You may mail payment to the Dodge City Office, or you may pay online at: www.arsico.com and choose "Consumer Resources".

You can access your account information, set up a payment plan, and message us online. Walk-in payments are accepted at any ARSI location. We accept credit or debit cards, money orders, checks or ACH transactions. You should always reference the ARSI account # above, to ensure prompt credit.

Please contact our collection department where any account manager will be glad to help you.

Very truly yours,

Celine Adame - Dodge City Office
Account Recovery Specialists, Inc.

 This Mobile Tag can direct a Smart Phone to our secure site for payment and account information.

3505 NORTH TOPEKA
WICHITA, KANSAS 67219
PHONE: (316) 267-1827
FAX: (316) 267-5405

TOLL FREE: (855) 267-1827

200 WEST WYATT EARP BLVD.
POST OFFICE BOX 136
DODGE CITY, KANSAS 67801
PHONE: (620) 227-8519
FAX: (620) 227-6524

117 NORTH MAIN
GARDEN CITY, KANSAS 67846
PHONE: (620) 275-2065
FAX: (620) 275-8077

www.arsico.com



16061-1STLTR-35